UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

HON. JASON NEMES, ET AL.                                                                        Plaintiffs

v.                                                                                    CivilAction No. 3:20CV-407-RGJ

CARL BENSINGER, ET AL.                                                                        Defendants

**O R D E R**

Upon review of this matter, the undersigned has determined that recusal is required pursuant to 28 U.S.C. § 455. Accordingly, it is hereby

**ORDERED** that District Judge Rebecca Grady Jennings **RECUSES** from this matter and the action is **reassigned** to the docket of District Judge Charles R. Simpson, III United States District Court Judge, for all further proceedings.  Counsel are requested to change the Civil action number to reflect the initials CRS on all further pleadings.

Copies to:

All Counsel
Case Manager to District Judge Charles R. Simpson, III