# Exhibit 2

https://www.wdrb.com/politics/kentucky-primary-voting-in-jefferson-county-begins-monday-at-expo-center/article_8f477188-ae8f-11ea-99da-6b98f00f7532.html

TOP STORY

# Kentucky primary voting in Jefferson County begins Monday at Expo Center

Jun 14, 2020



Kentucky Exposition Center

LOUISVILLE, Ky. (WDRB) -- Voting for Kentucky's primary election begins Monday in Jefferson County.

Rather than allowing in-person voting on one day, registered voters can go to the South Wing of the Kentucky Expo Center to cast a ballot from June 15-23. Hours are 8:30 a.m. to 4:30 p.m. On Election Day, hours are 6 a.m. to 6 p.m. Results will not be made available until June 30 to allow for all mailed ballots to be collected.

Masks are required for all voters, and parking will be free. Enter the Expo Center grounds via gates 2, 4 or 6.

In-person voting can also be done by appointment only, Monday through Friday, until June 22 at the Edison Building (701 W. Ormsby Avenue). To make an appointment, call 502-574-6100. For more information, click here. There is also a drop-box for absentee ballots.

Any registered Kentucky voter can still request an absentee ballot until midnight Monday. The request can be done online at GoVoteKy.com. Absentee ballots must mailed back by 6 p.m. on June 23. To check the status of a requested ballot, click here.

TARC is also offering free rides on Election Day from 6 a.m. to 6:30 p.m. Tuesday, June 23, from Union Station (1000 W. Broadway) to the Kentucky Exposition Center (937 Phillips Lane).

The shuttle service will run every 30 minutes. You can take routes 10, 23 and 99 to get to Union Station, according to a news release from TARC.

**Related stories:**

- Louisville election officials prepare for single-site election day
- Kentucky's top election official launches web page with all voting locations in one place
- Need a lift to the polls? TARC offering free rides to Kentucky Expo Center for upcoming primary election
- Jefferson County election officials rushing to ensure abnormal primary day runs smoothly

*Copyright 2020 WDRB Media. All Rights Reserved.*