UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

Hon. JASON NEMES, et al.                                             PLAINTIFFS

vs.                                                         CIVIL ACTION NO.  3:20-CV-407-CRS

CARL BENSINGER, et al                                                DEFENDANTS

**ORDER**

Members of the public may request audio access to the virtual Evidentiary Hearing scheduled to take place on Wednesday, June 17, 2020 at 1:30 p.m. EDT through the following procedure:

1. Send an email requesting audio access to:
   **intake-kywecf@kywd.uscourts.gov**

2. On the **subject line** of your email, **please insert the following information:** "Remote Access to 6/17/2020 Evidentiary Hearing in *Nemes, et al. v. Bensinger, et al.*"

You will receive an email response with a dial-in phone number and Meeting ID which you may use to access the hearing.

June 16, 2020

Charles R. Simpson III, Senior Judge
United States District Court

**IT IS SO ORDERED.**