**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

**HON. JASON NEMES, et al.**  PLAINTIFF

vs.  CIVIL ACTION NO. 3:20-CV-407-CRS

**CARL BENSINGER, et al.**  DEFENDANTS

## ORDER

Motion having been made and for the reasons set forth in the memorandum opinion entered herein this date and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that Proposed Intervenor Amy McGrath for Senate Inc.'s motion to intervene, DN 18, is **DENIED**. Further, **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Secretary of State Michael Adams' motion to dismiss, DN 36, is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

June 16, 2020

**Charles R. Simpson III, Senior Judge
United States District Court**