UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JASON NEMES, et. al. | : | Case No. 3:20-CV-407-CHB |
| v. | : | |
| CARL BENSINGER, et. al. | : | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, by and through Counsel, pursuant to FRCP 41(a)(1)(A)(i), hereby dismisses this matter without prejudice, based on public representations by the Kentucky Secretary of State that he will not permit single polling locations in Kentucky's largest counties in the November general election, obviating the need to amend the Complaint.

Respectfully submitted,

/s/Christopher Wiest_____
Christopher Wiest (KBA #90725)
25 Town Center Blvd, STE 104
Crestview Hills, KY 41017
513-257-1895 (v)
chris@cwiestlaw.com
*Trial Attorney for Plaintiffs*

/s/Thomas Bruns
Thomas Bruns (KBA #84985)
4750 Ashwood Drive, STE 200
Cincinnati, OH 45241
tbruns@bcvalaw.com
*Co-Counsel for the Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon the Counsel for the Defendants, this 17 day of July, 2020 by filing same in the Court's CM/ECF system, which gives notice to all counsel of record.

/s/Christopher Wiest_____
Christopher Wiest (KBA 90725)